

# COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
### EL PASO, TEXAS

| | | |
|---|---|---|
| PATHLINK OF TEXAS, LLC, | § | No. 08-24-00090-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| ASHLEE M. BALDERRAMA and ALEJANDRO J. MARTINEZ, | § | of El Paso County, Texas |
| | § | (TC# 2023DCV2379) |
| Appellees. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below in accordance with this Court's opinion. We further order that Appellant recover from Appellees all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF DECEMBER 2024.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox and Soto, JJ.
Soto, J., dissenting without written opinion